IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | \* |
| | \* |
| v. | \*  Criminal No. JRR-22-349 |
| | \* |
| DEVIN GREY LINN, | \* |
| | \* |
| Defendant. | \* |
| | \* |

\*\*\*\*\*\*\*

## MOTION TO STRIKE ATTORNEY APPEARANCE

Please strike the appearance of Christina A. Hoffman, Assistant United States Attorney for the District of Maryland, as counsel on behalf of the United States.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By:  /s/
Christina A. Hoffman
Assistant United States Attorney
36 South Charles St., 4th Floor
Baltimore, Maryland 21201
Tel.: (410) 209-4800